DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID W. ROBERTS** and **ROYAL PALM PROPERTIES, LLC,**
Appellants,

v.

**RICK S. FELBERBAUM,** individually, and **FELBERBAUM & ASSOCIATES, P.A.,** a Florida professional association, **CHRISTIE'S GREAT ESTATES, INC.,** n/k/a **CHRISTIES INTERNATIONAL REAL ESTATE, INC.,** a Florida corporation, **PREMIER ESTATE PROPERTIES, INC., GERARD P. LIGUORI, CARMEN N. D'ANGELO** and **JOSEPH G. LIGUORI,**
Appellees.

No. 4D16-1694

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 2009CA040545XXXXMB.

Gerald F. Richman, Gary S. Betensky and Brett L. Goldblatt of Richman Greer, P.A., West Palm Beach, Robert J. Hauser of Pankauski Hauser PLLC, West Palm Beach, and Robert A. Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellants.

Stephen A. Mendelsohn and Jerold I. Budney of Greenberg Traurig, P.A., Boca Raton, and Elliot H. Scherker and Brigid F. Cech Samole of Greenberg Traurig, P.A., Miami, for Appellees Rick S. Felberbaum and Felberbaum & Associates, P.A.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY, and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***